1014

No. 84–315.   LEVERSON v. CONWAY, COMMISSIONER, VERMONT DEPARTMENT OF MOTOR VEHICLES, 469 U. S. 926.   Petition for rehearing granted and order entered October 29, 1984, vacated.   Judgment vacated and case remanded to the Supreme Court of Vermont for further consideration in light of *Williams* v. *Vermont, ante,* p. 14.

No. 84–1630.   BLUE CROSS HOSPITAL SERVICE, INC. OF MISSOURI, ET AL. v. FRAPPIER, DIRECTOR OF THE DEPARTMENT OF CONSUMER AFFAIRS, REGULATION, AND LICENSING OF MISSOURI, ET AL.   Appeal from Sup. Ct. Mo.   Judgment vacated and case remanded for further consideration in light of *Metropolitan Life Ins. Co.* v. *Massachusetts,* 471 U. S. 724 (1985).

No. 84–6021.   SANDERS v. ROBINSON ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *National Farmers Union Ins. Co.* v. *Crow Tribe,* 471 U. S. 845 (1985).

No. A–831.   KLEVENHAGEN, SHERIFF OF HARRIS COUNTY, TEXAS, ET AL. v. ALBERTI ET AL.   Application for stay of orders of the United States District Court for the Southern District of Texas pending appeal to the United States Court of Appeals for the Fifth Circuit, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–881 (84–1851).   GILLOCK v. UNITED STATES.   C. A. 6th Cir.   Application to recall and stay mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–913.   KENO v. JONES.   Super. Ct. N. J., Chan. Div.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.